**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  WILLIAM FRANCISCO DECASTRO  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                CASE NO.<u>   3:04-cr-00049-02-JWS  </u>

<u> Pam Richter </u>

PROCEEDINGS: <u>**CLERK'S NOTICE**                             DATE: May 23, 2006</u>

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant William Francisco DeCastro.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration on or before June 6, 2006.