IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) No. 3:04-CR-00049-02-JWS | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM F. DECASTRO, ) | |
| ) **MOTION TO RETURN** | |
| Defendant. ) **DEFENDANT'S PASSPORT** | |
| _____) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to filing by a defendant, is not expected to occur as a result of this filing.

Per the court's direction by minute order (Dkt. 82) defendant William Decastro moves for the return of his passport to him, in care of the Bureau of Prisons, for safekeeping pending his release from custody.

A proposed Order is attached.

Dated this 2nd day of June, 2006 at Anchorage, Alaska.

          Sterling & DeArmond
          Counsel for Defendant
          Donald Duray Brown

          By: s/ Scott A. Sterling
              Scott A. Sterling
              Sterling & Dearmond
              851 Westpoint Drive, Suite 201
              Wasilla, Alaska 99654
              Telephone: (907) 376-8076
              Fax:       (907) 376-8078
          Email: scottsterling@alaskalawyers.net
              Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 2nd day of June, 2006 upon:

AUSA Joe Bottini
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907) 271-5071
 Fax: (907)   271-1500

Counsel for Plaintiff
United States of America

By: /s/ Scott A. Sterling