IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | No. 3:04-CR-00049-02-JWS |
| Plaintiff,                      ) | |
|                                 ) | |
| vs.                             ) | |
|                                 ) | |
| WILLIAM F. DECASTRO,            ) | **ORDER:** |
|                                 ) | **MOTION TO RETURN** |
| Defendant.                      ) | **DEFENDANT'S PASSPORT** |
| _____) | |

Upon application and good cause being shown IT IS HEREBY

ORDERED that defendant's motion to return his passport is GRANTED.

The clerk of court is directed to mail defendant's passport to him at:

William F. Decastro
Registration Number 14949-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

Dated this _____ day of June, 2006 at Anchorage, Alaska.


                                             _____
                                             John W. Sedwick
                                             United States District Judge


**United States v.DeCastro**
**3:04-cr-00049-02-JWS**
**Order:**
**Motion To Return Defendant's Passport**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by

fax on the 2nd day of June, 2006 upon:

AUSA Joe Bottini
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907) 271-5071
 Fax: (907)   271-1500

Counsel for Plaintiff
United States of America

By:/s/ Scott A. Sterling