IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) No. 3:04-CR-00049-02-JWS | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM F. DECASTRO, ) **MEMORANDUM:** | |
| ) **MOTION TO RETURN** | |
| Defendant. ) **DEFENDANT'S PASSPORT** | |
| _____) | |

The court is in possession of defendant William Decastro's passport.

The court has directed Mr. Decastro to file a motion by June 6, 2006 if he wants his passport returned. That deadline did not allow counsel adequate time in which to communicate with Mr. Decastro concerning his wishes. It is presumed, however, that if anything Mr. Decastro would prefer for his passport to be returned. According to the U.S. Bureau of Prisons website inmate locater instrument, Mr. Decastro is being held at and under the following designation:

    William F. Decastro
    Registration Number 14949-006
    FCI Lompoc
    Federal Correctional Institution
    3600 Guard Road
    Lompoc, California 93436

Barring other instruction from Mr. Decastro or the existence of a regulation which might bar an inmate from having his or her passport kept in safekeeping pending release, there appears to be no reason why the court should not send Mr. Decastro his passport at the above-noted address.

Dated this 2nd day of June, 2006 at Anchorage, Alaska.

    Sterling & DeArmond
    Counsel for Defendant
    Donald Duray Brown

By: s/ Scott A. Sterling
    Scott A. Sterling
    Sterling & Dearmond
    851 Westpoint Drive, Suite 201
    Wasilla, Alaska 99654
    Telephone: (907) 376-8076
    Fax:          (907) 376-8078
    Email: scottsterling@alaskalawyers.net
    Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 2nd day of June, 2006 upon:

AUSA Joe Bottini
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907) 271-5071
 Fax: (907)   271-1500

Counsel for Plaintiff
United States of America

By:/s/ Scott A. Sterling

**United States v.DeCastro
3:04-cr-00049-02-JWS
Memorandum:
Motion To Return Defendant's Passport
Page 3 of 3**