DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joseph.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00049-02-JWS |
| | ) | |
| Plaintiff, | ) | <u>GOVERNMENT'S NON-</u> |
| | ) | <u>OPPOSITION TO</u> |
| vs. | ) | <u>DEFENDANT'S MOTION</u> |
| | ) | <u>FOR RETURN OF</u> |
| WILLIAM F. DECASTRO, | ) | <u>PASSPORT</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America by and through counsel and states that it does not oppose defendant William Decastro's Request for the

return of his passport.

                RESPECTFULLY SUBMITTED this 12th day of June, 2006

Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/ Joseph W. Bottini
                Assistant U.S. Attorney
                District of Alaska
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-3668
                Fax: (907) 271-1500
                E-mail: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare hereby certify that on June 12, 2006, a copy of the foregoing was served electronically on Scott Sterling, Esq..

  s/ Joseph W. Bottini
Assistant U.S. Attorney