IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:04-CR-00049-02-JWS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM F. DECASTRO, | ) **ORDER TO RETURN** |
| | ) **DEFENDANT'S PASSPORT** |
| _____ | ) |

Upon application and good cause being shown IT IS HEREBY

ORDERED that defendant's motion to return his passport is GRANTED.

The clerk of court is directed to mail defendant's passport to him at:

William F. Decastro
Registration Number 14949-006
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

Dated this 16th day of June 2006 at Anchorage, Alaska.

/s/
John W. Sedwick
United States District Court Judge

**United States v.DeCastro**
**3:04-cr-00049-02-JWS**
**Order:**
**Motion To Return Defendant's Passport**
**Page 1 of 1**